# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-08-097 |
| | § | |
| | § | |
| | § | |
| JASON JAYMAR FORD | § | |

## O R D E R

        Defendant filed an unopposed motion for continuance, (Docket Entry No. 17).

The court finds that the interests of justice are served by granting this continuance and that

those interests outweigh the interests of the public and the defendant in a speedy trial. The

motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **July 21, 2008** |
| Responses to be filed by: | **August 4, 2008** |
| Pretrial conference is reset to**:** | **August 11, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 18, 2008, at 9:00 a.m.** |

      SIGNED on May 9, 2008, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge